IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No: 4:22cr43-AW-MAL

PHILLIP TIMOTHY HOWARD
_____/

## GOVERNMENT'S PROPOSED *VOIR DIRE* QUESTIONS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files the below proposed *voir dire* questions for consideration by the Court during its inquiry of the jury venire:

1. Have you, any members of your family, or your close friends ever been accused of, investigated for, or convicted of any crime? What was the charge and how long ago was it? Do you feel you, your family member, or your friend was treated fairly?

2. Have you, any of your immediate family members, or persons close to you, ever had any interaction with the personnel or officers of the United States Department of Justice (DOJ) or any United States Attorney's Office (USAO), the Federal Bureau of Investigation (FBI), the Internal Revenue Service (IRS-CI), the U.S. Securities and Exchange Commission (SEC), or Financial Industry Regulatory Authority (FINRA)? If so, did such interaction leave you with a

1

negative impression of law enforcement or local government?

3. Do you have any negative opinions of the federal government, the FBI, the IRS, the SEC, FINRA, the criminal justice system, the courts, or law enforcement in general? If so, what are those opinions?

4. Have you read anything in the media (including TV, print news, or Internet such as websites or social media) related to this case?

5. Have you, any of your immediate family members, or persons close to you, ever attended law school, received any legal training, studied criminal justice, or worked as or for a lawyer or a law office?

6. Have you, any of your immediate family members, or persons close to you, ever received any training in investments or securities, or worked as or for an investment advisor or investment company?

7. Does anyone recognize or know any other prospective jury member in the jury box other than as a result of reporting here today? Does anyone recognize or know any courthouse employee, including me (the Judge)?

8. Does anyone have any difficulty reading, speaking, or understanding the English language?

9. As explained, this is a criminal case. At the conclusion of the evidence and trial, the Court will give you instructions on the laws that apply to the facts of this case.

      a.      Will each of you agree to abide by the instructions given by the Court?

      b.      Are there any of you who, for religious, moral, ethical, or philosophical reasons do not believe that you can follow the law given by the Court and determine whether or not the government has proven the case beyond a reasonable doubt?

10.    Does the COVID-19 pandemic cause you any concerns about your ability to serve as a juror in this case, listen to testimony of witnesses, review evidence introduced during the trial, or deliberate with your fellow jurors to reach a verdict in this case?

WHEREFORE, the United States files the foregoing proposed *voir dire* questions.

                        Respectfully submitted,

                        JASON R. COODY
                        United States Attorney

                        ***/s/ Justin M. Keen***
                        JUSTIN M. KEEN
                        Assistant United States Attorney
                        Florida Bar Number: 021034
                        111 North Adams Street
                        Fourth Floor
                        Tallahassee, FL 32301
                        Justin.Keen@usdoj.gov
                        (850) 942-8430

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system on this 19th day of July, 2023, which will send notification of such filing to all counsel of record.

*/s/ Justin M. Keen*
JUSTIN M. KEEN
Assistant United States Attorney