IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                           Case No. 4:22cr43-MW

PHILLIP HOWARD,

    Defendant.
_____/

## DEFENSE EXHIBIT LIST

    Defendant, Phillip Howard, by and through the undersigned counsel, hereby files this list of exhibits that defense may use during the jury trial in this case. Defense reserves the right to add, delete, or modify this list.  This list does not include exhibits that may be used for impeachment of the Government's witnesses.

| Exhibit # | Type | Description |
|---|---|---|
| 1 | Financial Statement | Howard 2017 Personal Financial Statement |
| 2 | Financial Statement | 2014 Tax Return |
| 3 | Financial Statement | 2013 Tax Return |
| 4 | Contract/Official Document | Brotherton Mortgage on Schooners Landing Property |
| 5 | Contract/Official Document | Cambridge Mortgage on Schooners Lot #10 |
| 6 | Contract/Official Document | Cambridge Mortgage Recorded |
| 7 | Contract/Official Document | HUD Settlement for Schooners Landing |
| 8 | Letter | Mortgage Letter dated 10/8/2014 |

| 9  | Contract/Official Document | Mortgage Agreement for Schooners Landing Lot #9 |
|----|----------------------------|--------------------------------------------------|
| 10 | Letter                     | Letter dated 12/19/2017 from Milon-Howard invested $5 million |
| 11 | Financial Statement        | 2016 Tax Return |
| 12 | Financial Statement        | 2017 Tax Return |
| 13 | Contract/Official Document | Deed for 1431 Riverplace Blvd, Unit 3005, dated 11/17/2016 |
| 14 | Contract/Official Document | Corrected Warranty Deed for 1431 Riverplace Blvd, Unit 3005, dated 12/28/2017 |
| 15 | Financial Statement        | 2015 Tax Return |
| 16 | Contract/Official Document | Deed for Lot 12 of Casa Del Mar Subdivision dated 10/29/2004 |
| 17 | Contract/Official Document | Deed for Lot 12 of Casa Del Mar Subdivision dated 11/20/2015 |
| 18 | Contract/Official Document | Deed for Lot 15 of Casa Del Mar Subdivision dated 5/27/2004 |
| 19 | Contract/Official Document | Deed for Lot 15 of Casa Del Mar Subdivision dated 4/15/2015 |
| 20 | Financial Statement        | Cambridge Graduate University International Financial Statements 12/31/2016 |
| 21 | Contract/Official Document | Cambridge Graduate University International Provisional License dated 4/29/2015 |
| 22 | Contract/Official Document | Fast Tract Investment Company Contract for Benjamin Coleman dated 7/8/2017 |
| 23 | Contract/Official Document | Deed for Lot 4, Golden Eagle, Unit 6 dated 3/25/2005 |
| 24 | Contract/Official Document | Deed for Lot 6, Golden Eagle, Unit 6 dated 3/10/3023 |
| 25 | Contract/Official Document | Deed for 9682 Deer Valley Drive dated 3/15/2021 |
| 26 | Summary                    | Summary of Advance Payments to NFL Settlement Class Members |
| 27 | Memo                       | Global Investment Advisory Tean 8/25/2015 Conference Call Agenda |

| | | |
|---|---|---|
| 28 | Email | Go Forward Plan for Cambridge Capital 10/30/215 |
| 29 | Memo | H&A NFL Case Flow Chart |
| 30 | Contract/Official Document | H&A Retainer Agreement |
| 31 | Contract/Official Document | Mortgage Satisfaction for Lot 12 of Casa Del Mar Subdivision dated 3/10/2016 |
| 32 | Contract/Official Document | Condominium Unit Deed for Unit 2407 of Regatta Riverview Condominium dated 12/3/2007 |
| 33 | Contract/Official Document | Home Equity Line of Credit Mortgage for 8 Museum Way, Unit 2407 dated 9/27/2010 |
| 34 | Contract/Official Document | Second Mortgage for 8 Museum Way, Unit 2408 dated 11/27/2015 |
| 35 | Contract/Official Document | Discharge of Mortgage for Middlesex (Southern District) Registry of Deeds in Book 55462 dated 12/17/2015 |
| 36 | Contract/Official Document | Discharge of Mortgage for 8 Museum Way, Unit 2408 dated 11/22/2016 |
| 37 | Contract/Official Document | Loan Modification Agreement for 8-12 Museum Way, #S2407 dated 11/15/2016 |
| 38 | Contract/Official Document | 2017 Annual Report New Edge Management |
| 39 | Contract/Official Document | Articles of Organization for Cambridge Capital Group in NV dated 4/10/2017 |
| 40 | Contract/Official Document | Corporate Warranty Deed for Lot 1, Schooner Landing dated 7/30/2001 |
| 41 | Contract/Official Document | Certificate of Title for Lot 1, Schooner Landing dated 12/14/2015 |
| 42 | Contract/Official Document | Special Warranty Deed for Lot 1 Schooner Landing dated 2/5/2016 |
| 43 | Contract/Official Document | Deed for Lot 1, Schooner Landing dated 2/21/2018 |
| 44 | Memo | Total Funds Paid and Obligations Taken by Tim Howard December 2019 |
| 45 | Financial Statement | Invoice for Walker & Bedell Investigations, Inc. dated 5/3/2016 |
| 46 | Composite Exhibit | Virage Internal Communications and April 30, 2018 Second Amended and Restated Loan |

| | | |
|---|---|---|
| 47 | Composite Exhibit | Virage Internal Communications |
| 48 | Composite Exhibit | March 24, 2017 Amended and Restated Loan Agreement Between Virage and Howard |
| 49 | Composite Exhibit | Virage Internal Communications |
| 50 | Memo | Wiring Instructions for Howard's Bank Accounts |
| 51 | Composite Exhibit | Virage Internal Communications and April 29, 2018 Second Amended and Restated Loan |
| 52 | Letter | Reinhard to Mr. Harris dated 8/20/2018 |
| 53 | Contract/Official Document | SEC Form D for Cambridge Capital Partners, LP |
| 54 | Memo | Tim Howard Provides Background on Don Reinhard |
| 55 | Contract/Official Document | H&A Waiver of Conflict Form |
| 56 | Letter | Jakaan Williams to David Moye dated 5/18/2017 |
| 57 | Email | Cambridge Capital Loan and Investment Agreement with Harry Feinberg dated 5/7/2018 |
| 58 | Email | Refund of Your Investment dated 5/3/2017 |
| 59 | Email | Please read from Don regarding missed monthly disbursements from CCG dated 4/8/2017 |
| 60 | Email | Cambridge Capital Group dated 5/5/2017 |
| 61 | Letter | Howard to Jon Fuchs dates 6/13/2017 |
| 62 | Email | Your Letter to Tim dated 6/13/2017 |
| 63 | Email | 6/30/2017 Market Valuation dated 7/21/2017 |
| 64 | Email | CCG Info About Don dated 7/29/2018 |
| 65 | Email | Update on Don's Unfortunate Situation dated 1/12/2018 |
| 66 | Email | NFL Settlement Claim Payment Delay dated 7/28/2017 |
| 67 | Memo | Cambridge Capital Group Description Memo |
| 68 | Email | Important Information III Please Read III |
| 69 | Letter | Don Reinhard Resignation |
| 70 | Email | 6/30/2017 Market Valuation dated 7/10/2017 |
| 71 | Email | Yet Another Letter from Don dated 5/21/2017 |
| 72 | Email | NFL Settlment Claim Payment Delay dated 7/27/2017 |

| 73 | Email | Response to Gail's Disturbing Email dated 5/25/2017 |
|---|---|---|
| 74 | Email | Cambridge Capital Loan and Investment Agreement with Harry Feinberg dated 7/6/2017 |
| 75 | Diagram | Howard & Associates Building Floor Plan |
| 76 | Contract/Official Document | Promissory Note and Assignmnent of Proceeds of Claim for Jesse Small |
| 77 | Contract/Official Document | Letter of Direction for Darryl Ashmore |
| 78 | Contract/Official Document | Notice of Monetary Award Claim Determination |
| 79 | Composite Exhibit | Third Party Funding Agreements |
| 80 | Summary | Howard Claim Package Status Report- 12/13/2019 |
| 81 | Summary | Open Loans |
| 82 | Contract/Official Document | Notice of Dismissal of Disgorgement |
| 83 | Memo | Cambridge Capital Group NFL Settlement Protection Plan |
| 84 | Summary | Summary of Advance Payments to NFL Settlement Class Members (2) |
| 85 | Email | no subject dated 1/23/2015 |
| 86 | Email | No subject dated 1/9/2015 |
| 87 | Email | Teaching dated 3/15/2014 |
| 88 | Memo | Cambridge Capital Group, LLC-Global Investment Advisory Team |
| 89 | Contract/Official Document | Law Firm Financing Consulting Agreement |
| 90 | Email | Update on Cambridge Capital Group Equity Option Opportunities dated 8/22/2015 |
| 91 | Memo | Statement of Client's Rights |
| 92 | Contract/Official Document | Retainer Agreement & Power of Attorney |
| 93 | Memo | NFL Concussion Case Process |
| 94 | Contract/Official Document | Bill of Sale, Confirmation of Assignmet, Company Dissolution and Creation |
| 95 | Letter | Reinhard to Howard dated 3/23/2015 |

| 96 | Contract/Official Document | Bill of Sale, Confirmation of Assignment of Investment to Mr. Addys Walker |
|----|----------------------------|----------------------------------------------------------------------------|
| 97 | Email | NFL Case Management dated 4/15/2016 |
| 98 | Memo | Allocation of Capital |

RESPECTFULLY SUBMITTED this 24th day of July, 2023.

                                 */S/ Janese Caruthers*
                                 Janese Caruthers
                                 Florida Bar No. 43509
                                 Attorney for Defendant
                                 227 N. Bronough Street, Suite 4200
                                 Tallahassee, FL 32301
                                 (850) 942-8818 Office
                                 (850) 942-8809 Fax
                                 janese_caruthers@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by Notice of Electronic Filing to Justin Keen, Assistant United States Attorney, 111 N. Adams Street, 4th Floor, Tallahassee, FL 32301, this 24th day of July, 2023.

                                 /s/ *Janese Caruthers*
                                 JANESE CARUTHERS