IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No: 4:22cr43-AW-MAL

PHILLIP TIMOTHY HOWARD
_____/

## GOVERNMENT'S MOTION TO EXCEED WORD COUNT LIMIT IN ITS FORTHCOMING SENTENCING MEMORANDUM

The Government moves for permission to exceed the 8,000-word count limit set in N.D. Fla. Loc. R. 7.1(F) in its forthcoming sentencing memorandum for the following reasons:

1. On or about October 5, 2022, an Indictment charging racketeering (RICO) was returned against the Defendant. ECF No. 1. The Government estimated that jury trial would have taken 3-5 weeks and involve approximately 70 witnesses and over 700 exhibits. ECF Nos. 60-61.

2. On August 3, 2023, the Defendant pleaded guilty to RICO. ECF No. 65. A sentencing hearing is currently scheduled for November 6, 2023; one full day has been allotted for this hearing. *Id.*

3. Based upon the nature of the offense for which the Defendant is to be sentenced, and because the Statement of Facts filed as part of the Defendant's sentencing (ECF No. 67) did not include agreed upon facts concerning three of

the four groups of Racketeering Acts of the Defendant, the Government anticipates the need for a lengthy presentation of testimony and evidence at sentencing. In the interest of judicial economy and to streamline its sentencing presentation, the Government is currently drafting a sentencing memorandum that includes portions of the many exhibits that the Government anticipates being necessary to a full presentation of the facts germane to the RICO charge and relevant conduct.

4. N.D. Loc. R. 7.1(F) provides that [i]n extraordinary circumstances, the Court may grant leave to file a longer memorandum[.]"

5. The Government's submits that in this case, extraordinary circumstances do exist which warrant the need for a lengthier sentencing memorandum. As noted above, a full sentencing presentation in this case would require the testimony of multiple witnesses and exhibits to fully demonstrate the breadth of the Defendant's racketeering activity and relevant conduct. Authorization to file a lengthier sentencing memorandum would allow the Government to make a full presentation while limiting the length of the witness testimony it will require.

6. Further, the Government intends to file its sentencing memorandum well in advance of the hearing date to allow the defense—and more importantly—this Court, the opportunity to fully digest the evidence and the Government's

arguments. This would also help the parties narrow the issues needing to be adjudicated during the sentencing hearing.

WHEREFORE, the Government requests authorization to exceed the 8,000-word count limit in its forthcoming sentencing memorandum, and specifically seeks authorization to file a sentencing memorandum that consists of no more than 16,000 words (not including embedded exhibits).

Respectfully submitted,

JASON R. COODY
United States Attorney

*/s/ Justin M. Keen*
JUSTIN M. KEEN
Assistant United States Attorney
Florida Bar Number: 021034
111 North Adams Street, Fourth Floor
Tallahassee, FL 32301
Justin.Keen@usdoj.gov
(850) 942-8430

## RULE 7.1(B) CERTIFICATION

I HEREBY CERTIFY that Joseph DeBelder has been consulted concerning this motion, and he does NOT object to the motion.

*/s/ Justin M. Keen*
JUSTIN M. KEEN
Assistant United States Attorney

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

I HEREBY CERTIFY that this memorandum complies with the type-volume limitation of Local Rule 7.1(F) because this pleading contains less than 8,000 words.

/s/ *Justin M. Keen*
JUSTIN M. KEEN
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system on this 16th day of August, 2023, which will send notification of such filing to all counsel of record.

/s/ *Justin M. Keen*
JUSTIN M. KEEN
Assistant United States Attorney