# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 4:22-cr-43-AW-MAL

**PHILLIP TIMOTHY HOWARD,**

    **Defendant.**

_____/

## ORDER GRANTING MOTION TO ALLOW REMOTE TESTIMONY

As stated on the record during today's telephonic hearing, the Defendant's motion to allow remote testimony of four witnesses at sentencing (ECF No. 88) is GRANTED.

SO ORDERED on October 27, 2023.

                                                         s/ *Allen Winsor*
                                                         United States District Judge