**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                   **CASE NO. 4:22cr43**

**PHILLIP HOWARD.**

_____/

## NOTICE OF APPEAL

NOTICE is hereby given that Defendant PHILLIP HOWARD, appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment entered in this action on November 14, 2023 (Doc. 104).

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing has been uploaded to the CM/ECF system which furnishes electronic delivery to the office of Assistant U.S. Attorney, Justin Keen and by U.S. Mail to Phillip Howard on November 27, 2023.

JOSEPH F. DEBELDER
FEDERAL PUBLIC DEFENDER
/s/ *JaneseCaruthers*
JANESE  CARUTHERS
Assistant Federal Public Defender
Florida Bar No. 43509
227 N. Bronough Street, Suite 4200
Tallahassee, FL  32301
Phone (850) 942-8818
Fax (850) 942-8809
Attorney for Defendant