UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**
            Plaintiff,

vs.                                                                              Case No.  4:22cr43-AW

**PHILLIP HOWARD,**
            Defendant.
_____/

## MOTION TO WITHDRAW
## AND TO APPOINT CJA COUNSEL

The undersigned, as the Federal Public Defender, moves this Court to allow the Federal Public Defender's Office to withdraw from the representation of the Defendant, PHILLIP HOWARD, and asks this Court to appoint a member of the Criminal Justice Act Panel to pursue Mr. Howard's appeal. In support of this motion, counsel states:

1. The Federal Public Defender's Office represented Mr. Howard in the district court. Mr. Howard filed a timely notice of appeal on November 27, 2023.

2. One of the Federal Public Defender's Office's two appellate attorneys, Assistant Federal Public Defender Richard Summa, is retiring in January 2024. Because of a nationwide hiring freeze, it is unknown when the Federal Public Defender's Office will be able to replace Mr. Summa.

Undersigned counsel intends to handle a primarily appellate caseload until Mr. Summa is replaced. However, due to other current pending trial and appellate cases, if the Federal Public Defender's Office pursued Mr. Howard's appeal, it is likely the Office would have to request an extension of time that then would delay the resolution of his appeal.

3. The undersigned makes this request consistent with the intent of the Criminal Justice Act that the Criminal Justice Act Panel represent 25% of the indigent cases in the District.

4. The Federal Public Defender's Office has contacted Criminal Justice Act Panel Attorney Sheryl Lowenthal and she advised that she is available to pursue Mr. Howard's appeal.

WHEREFORE, the Federal Public Defender's Office requests that this Court allow it to withdraw from the representation of Mr. Howard and to appoint CJA Counsel Sheryl Lowenthal to represent him.

Respectfully submitted,

JOSEPH F. DEBELDER
FEDERAL PUBLIC DEFENDER

*/s/Joseph F. DeBelder*
JOSEPH F. DEBELDER
Federal Public Defender
Florida Bar No. 193800
227 N. Bronough Street, Suite 4200
Tallahassee, FL  32301
Phone (850) 942-8818
Fax (850) 942-8809

Attorney for Appellant

## CERTIFICATE OF SERVICE AND WORD COUNT

I certify that a copy of the foregoing has been furnished electronically via ECF to Assistant United States Attorney Justin Keen this 29th day of November, 2023. This motion has 380 words.

*/s/ Joseph F. DeBelder*
Joseph F. DeBelder
